IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ZEPHERINE MILLER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| NATIONAL CREDIT SYSTEMS, INC., § | |
| § | |
| *Defendant*. § | |

## NOTICE OF REMOVAL

COMES NOW Defendant National Credit Systems, Inc., ("Defendant" or "NCS") by and through its counsel of record, pursuant to 28 U.S.C. §§ 1441(a), 1446 and 1331, and hereby gives notice of its removal of this action from the District Court of Denver County, Colorado, to the United States District Court of Colorado, based on federal question jurisdiction.

Defendant NCS asserts the following facts in support of its removal of the state court action:

1. Plaintiff Zepherine Miller commenced the state court action on or about September 12, 2023, by filing her Complaint in the District Court of Denver County, Colorado, Case Number 2023-cv-32657.

2. Defendant NCS received a copy of a *Civil Summons* and the Complaint through service of its agent no earlier than September 18, 2023.

3. Pursuant to 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 81.1(b), true and correct copies of the current docket sheet (register of actions) and all process, pleadings and other documents in the state court action are being filed separately in this cause.

1

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within the 30 days of Defendant NCS's receipt through formal service of process of the Summons and Complaint.

5. The District Court of Denver County is located within the United States District Court for the District of Colorado. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This Court has original federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because Plaintiff has claimed in her Complaint that Defendant NCS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

7. Furthermore, pursuant to 28 U.S.C. §1446(d), a notice of this removal is being filed with the District Court of Denver County, Colorado.

8. No admission of fact, law or liability is intended by this Notice of Removal and all defenses, affirmative defenses and motions are hereby reserved including without limitation defenses pertaining to personal jurisdiction and service of process.

9. Defendant NCS will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

WHEREFORE, Defendant NCS hereby removes this action from District Court of Denver County to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Dated:  October 9, 2023

Respectfully submitted,

By: _____*s/John W. Bowdich*_____
      JOHN W. BOWDICH
      State Bar No. 00796233

BOWDICH & ASSOCIATES, PLLC
8150 N. Central Expy., Suite 500
Dallas, Texas 75206
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com

ATTORNEYS FOR DEFENDANT
NATIONAL CREDIT SYSTEMS, INC.

CERTIFICATE OF SERVICE

On October 9, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Colorado using the electronic case filing system of the court, thereby providing service to all parties.

    Daniel J. Vedra, Esq.
    VEDRA LAW LLC
    1444 Blake Street
    Denver, CO 80202
    (303) 937-6540
    dan@vedralaw.com
    *ATTORNEY FOR PLAINTIFF*

By: _____*s/John W. Bowdich*_____
      JOHN W. BOWDICH