IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02620-MEH

ZEPHERINE MILLER,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEM, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2024.**

    At the Parties' request, the Court will hold a Discovery Conference on **February 8, 2024, at 2:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    While in-person appearances are preferred, litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at the Discovery Conference remotely. Please contact Chambers at (303) 844-4507 at least two business days prior to the Discovery Conference to arrange remote appearance.

    In advance of the Discovery Conference, the Parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted before **noon on February 6, 2024**.