IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02620-MEH

ZEPHERINE MILLER,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEM, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on July 3, 2024.**

    This matter is before the Court on Defendant's Opposed Motion to Modify Scheduling Order. ECF 35. The Motion seeks an extension of the discovery cutoff, which passed on May 31, 2024, and an extension of the dispositive motion deadline, which was July 1, 2024—the same day Defendant filed its Motion. *Id.*

    The Court will hold a telephonic Status Conference on **July 8, 2024** at **10:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. At the Conference, the Court will address the Motion and the remaining schedule in this case.

    The Parties shall participate in this Conference by telephone by calling the following conference line at the appointed time:

Number:    888-278-0296
Access code:    8212991#

    Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.