IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ZEPHERINE MILLER,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>    *Defendant*. | §<br>§<br>§<br>§<br>§     Civil Action No. 1:23-cv-02620-MEH<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S
MOTION FOR LEAVE TO FILE SEPARATE STATEMENT OF FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

National Credit Systems, Inc. ("Defendant" or "NCS") files this Motion for Leave to file Separate Statement of Facts in Support of Motion for Summary Judgment (the "MSJ") and would show the Court as follows:

**D.C.Colo L.Civ.R. 7.1(a) Certificate of Conferral**

NCS's Counsel certifies that he exchanged several emails with Plaintiff's Counsel regarding Plaintiff's complaint that NCS separately filed its Statement of Undisputed Facts in accordance with the Magistrate Judges' Standard Practices rather than the District Judges' Standard Practices (see Procedural History below). Plaintiff's Counsel indicated that Plaintiff intended to file a Motion to Strike the MSJ as a result of the separately filed Statement of Undisputed Facts, or alternatively seek leave to file an "overlength brief." As the relief sought in this Motion would resolve Plaintiff's complaint, allowing Plaintiff the right to file a separate response to the Statement of Undisputed Facts (thus allowing 20 pages for the responsive brief to match the length of NCS's brief), NCS believes that this Motion should resolve the issue and Plaintiff's complaint.

1

**Procedural Background**

1. On August 30, 2024, NCS filed its Motion for Summary Judgment. Doc. 42. It concurrently, but separately, filed its Statement of Facts. Doc. 42-1.

2. In filing the Statement of Facts separately, NCS was following Section V.2. of the United States District Court for the District of Colorado Uniform Civil Practice Standards of the United States Magistrate Judges (the "Magistrate Standards"), as this case had previously been referred Magistrate Judge Michael E. Hegarty. Doc. 14. However, NCS overlooked that such referral was only for non-dispositive matters.

3. In contrast to Section V.2. of the Uniform Civil Practice Standards of the United States Magistrate Judges, Section 71.D(b) of the United States District Court for the District of Colorado Uniform Civil Practice Standards (the "District Judge Standards") refers to the "Statement of Undisputed Facts" being a section within the brief filed under Rule 56. Both the Magistrate Standards and the District Judge Standards provide for a motion for summary judgment of no more than 20 pages, not including the cover page, table of contents, signature block, or certificate of service. Magistrate Standards at Section V.2.; District Judge Standards at 10.1(c)(2). NCS was attempting, in good faith, to comply with the practice standards of the Court regarding its Motion for Summary Judgment.

4. NCS first learned of this error when notified by Counsel for Plaintiff on September 18, 2024.

5. NCS respectfully requests that the Court grant NCS retroactive leave to file its Statement of Facts, Doc. 42-1, separate from its Motion for Summary Judgment, Doc. 42.

6. To be fair to Plaintiff, and provide Plaintiff with the same number of pages as NCS's brief, NCS also requests leave for Plaintiff to have up to 20 pages for its responsive brief

2

with a separately filed response to NCS's Statement of Undisputed Facts.

WHEREFORE, Defendant National Credit Systems, Inc. respectfully prays that the Court grant it leave to file its Statement of Facts, Doc. 42-1, separate from its Motion for Summary Judgment, Doc. 42, and to allow the same treatment for Plaintiff; as well as such other and further relief to which Defendant is entitled.

Respectfully submitted,

By: *s/John W. Bowdich*
    JOHN W. BOWDICH
    State Bar No. 00796233

BOWDICH & ASSOCIATES, PLLC
8150 N. Central Expy., Suite 500
Dallas, Texas 75206
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com
ATTORNEY FOR DEFENDANT
NATIONAL CREDIT SYSTEMS, INC.

CERTIFICATE OF SERVICE

  On September 19, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Colorado using the electronic case filing system of the court, thereby providing service to all parties.

| | |
|---|---|
| Daniel J. Vedra, Esq.<br>Vedra Law LLC<br>1444 Blake Street<br>Denver, CO 80202 | Via ECF: dan@vedralaw.com |
| Duran Keller, Esq.<br>8 N Third Street, Suite 403<br>Lafayette, IN 47901-1264<br> *Attorneys for Plaintiff* | Via ECF: duran@keller.law |

            By: *s/John W. Bowdich*
               John W. Bowdich