IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ZEPHERINE MILLER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:23-cv-02620-MEH |
| § | |
| NATIONAL CREDIT SYSTEMS, INC., § | |
| § | |
| *Defendant*. § | |

**DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S
MOTION FOR LEAVE TO LATE FILE
AMENDED MOTION FOR SUMMARY JUDGMENT**

National Credit Systems, Inc. ("Defendant" or "NCS") files this Motion for Leave to late file its Amended Motion for Summary Judgment and would show the Court as follows:

**D.C.Colo L.Civ.R. 7.1(a) Certificate of Conferral**

Plaintiff filed a Motion to Strike NCS's Motion for Summary Judgment for failure to comply with Civ. Practice Standard 7.1(D)(d). Doc. 44. The Court granted Plaintiff's Motion. Doc. 45. NCS's Counsel certifies that Plaintiff's Counsel stated in Plaintiff's Motion to Strike that "Plaintiff respectfully requests that the Court strike the motion *with leave to refile within the applicable page limitations*." Doc. 44 at 3. In the prayer of the Motion to Strike, Plaintiff's Counsel again requests that NCS be given "leave to re-file." *Id*. Therefore, Plaintiff's Counsel has already indicated to the Court that he is unopposed to the relief sought herein. As the relief sought in this Motion would resolve Plaintiff's complaint in Plaintiff's Motion to Strike regarding NCS's Motion for Summary Judgment (Doc. 42) failing to comply with Civ. Practice Standard 7.1(D)(d), by allowing NCS to file its Amended Motion for Summary Judgment, which complies with the portions of Civ. Practice Standard 7.1(D)(d), regarding the inclusion of a Statement of Undisputed

1

Material Facts in the Motion and the 20-page limitation in Practice Standard 10.1(c)(2). NCS believes that this Motion should resolve the issue and Plaintiff's complaint.

## Motion

1. On August 30, 2024, NCS filed its Motion for Summary Judgment. Doc. 42. It concurrently, but separately, filed its Statement of Facts. Doc. 42-1.

2. On September 20, 2024, Plaintiff filed a Motion to Strike the Motion for Summary Judgment for failure to comply with Civ. Practice Standard 7.1(D)(d). Doc. 44.

3. On September 22, 2024, the Court granted Plaintiff's Motion to Strike. Doc. 45.

4. The deadline for dispositive motions was August 30, 2024. Doc. 39.

5. NCS's Amended Motion for Summary Judgment has corrected the failures of its prior motion for summary judgment in that the Amended Motion for Summary Judgment contains a Statement of Undisputed Material Facts within the Motion as required by Civ. Practice Standard 7.1(D)(d) and meets the 20-page limitation required in Practice Standard 10.1(c)(2). *See* Exhibit A. However, the deadline for dispositive motions expired on August 30, 2024.

6. NCS requests leave of Court to late file its Amended Motion for Summary Judgment. Good cause exists for NCS's request, as NCS timely filed its initial Motion for Summary Judgment, Doc. 42, and NCS attempted in good faith to comply with the correct practice standards for motions for summary judgment, but it mistakenly followed the Uniform Civil Practice Standards of the United States Magistrate Judges. *See* Doc. 43. As Plaintiff's Motion to Strike included a request that NCS be allowed leave to refile its motion for summary judgment in compliance with the Practice Standards, Plaintiff will not be prejudiced by the relief requested.

WHEREFORE, Defendant National Credit Systems, Inc. respectfully prays that the Court grant it leave to late file its Amended Motion for Summary Judgment; as well as such other and

further relief to which Defendant is entitled.

                                                            Respectfully submitted,

                                          By:    *s/John W. Bowdich*
                                                    JOHN W. BOWDICH
                                                    State Bar No. 00796233

                                          BOWDICH & ASSOCIATES, PLLC
                                          8150 N. Central Expy., Suite 500
                                          Dallas, Texas 75206
                                          (214) 307-9500 – Telephone
                                          (214) 307-5137 – Telecopy
                                          jbowdich@bowdichlaw.com
                                          ATTORNEY FOR DEFENDANT
                                          NATIONAL CREDIT SYSTEMS, INC.

## CERTIFICATE OF SERVICE

On September 24, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Colorado using the electronic case filing system of the court, thereby providing service to all parties.

| | |
|---|---|
| Daniel J. Vedra, Esq.<br>Vedra Law LLC<br>1444 Blake Street<br>Denver, CO 80202 | Via ECF: dan@vedralaw.com |
| Duran Keller, Esq.<br>8 N Third Street, Suite 403<br>Lafayette, IN 47901-1264<br>   *Attorneys for Plaintiff* | Via ECF: duran@keller.law |

                                            By:    *s/John W. Bowdich*
                                                    John W. Bowdich