IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ZEPHERINE MILLER, | § § § |
| *Plaintiff*, | § § |
| v. | §   No. 1:23-cv-02620-NWY-MEH |
| NATIONAL CREDIT SYSTEMS, INC., | § § § |
| *Defendant*. | § § |

**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO LATE FILE AMENDED MOTION FOR SUMMARY JUDGMENT**

Pending before the Court is Defendant National Credit Systems, Inc.'s Motion for Leave to Late File Amended Motion for Summary Judgment (the "Motion"). Doc. 46. Upon consideration, the relief requested in the Motion is hereby GRANTED.

The Court ORDERS that National Credit Systems, Inc. is hereby granted leave to file its Amended Motion for Summary Judgment.

DATED:   September ___, 2024          BY THE COURT:

_____
Nina Y. Wang
United States District Judge