Ex. 3

September 21, 2021

Experian
P.O. Box 4500
Allen, TX 75013

Sent by Certified Mail

Hello,

Information in my credit report remains (Report # 0569-4178-09 & # 4198-2405-96) inaccurate and incomplete. In response to my last dispute, you sent a letter claiming you were unable to locate credit information about me. However, I provided more last time than I did the previous time when you responded. Regardless, I am now providing every single thing again, including everything that is on your list, except that I don't have any utility bill in my name or any bank or insurance statement. So I'm my sublease agreement because that's all I have.

Please correct all of the inaccurate, incomplete and disputed issues below. Please review 15 USC 1681i(a) that requires you to complete investigations of disputed information.

NATIONAL CREDIT SYSTEMS – Partial Acct # 4243181

Potentially negative items

No Public Record items appear on your report.

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONAL CREDIT SYSTEMS | 4243181 | $5,318 as of 08/18/2021 | 11/2018 | Collection account. $5,318 past due as of Aug 2021. |

I don't owe anything to National Credit Systems. I also never owed anything to Copper Beech Townhomes. I sent you a judgment in my favor against Copper Beech Townhome Communities, the "creditor." I seriously do not know what else I could possibly do to fix this.

Please provide all reasons that you believe the National Credit Systems and not me. I also request copies of all documents you receive from National Credit in response to my dispute and your investigation. I got advice from a lawyer and learned more myself, which I include as part of this letter for your consideration and investigation.

Here are some of the things that remain inaccurate:

- Current Balance
- Amount Past Due
- Past Due Amount
- Terms Frequency
- Account Status
- Should say that the account is disputed

I learned that as of January 19, 2016, National Credit Systems, Inc. did not use its own personnel to conduct investigations of disputes. Instead, for the decade before that, National Credit Systems outsourced its investigations to a company in India called Blaise Information Systems. I can only assume, based on the fact that my disputes appear to have been ignored, that National Credit Systems outsources investigations to save money, not because the company does a good job.

I never wanted to deal with any of this. I never wanted to have to file a lawsuit. It was scary, and I was going to have to pay additional attorney fees to Copper Beech if I lost. And now, apparently the law does not allow me to get any relief or get my report fixed with a lawsuit against Copper Beech since it is National Credit Systems that is actually providing the information on my credit (with Experian actually publishing it). But I now understand Copper Beech may be required to take responsibility for the effects of National Credit Systems' illegal conduct since NCS works for Copper Beech to collect money. Does somebody have to bring a lawsuit to get them to do what is right?

Is it reasonable to look at a judgment that is provided to you to determine whether disputed information that is the subject of the judgment is accurate? Is it unreasonable? What else could I do? Please send me a complete copy of my credit report. If whoever is reading this is just some poor soul trying to make ends meet, with a quota that doesn't allow thorough review, I'm sorry.

Thank you,

Erin Browne Livesay
1633 N. 15th St.
Lafayette, IN 47904 (This address has changed from: 425 S. Cross St., Danville, IN 46122)
(765) 721-4156
[redacted]
elivesay@live.com

Enclosed:
Driver's License
Sublease Document
Chase Denial Letter (proof of new address)
Purdue Employee's Federal Credit Union denial letter
Letter from National Credit still trying to collect money (this is why I need you to help)
Judgment in my favor showing I do not owe this
Laws for Credit Reporting
Credit Reporting Guide (also found at http://www.autodealerplus.com/dealerzone/MEtro2.pdf)
FTC Study, various articles/reports
My Experian Credit Report then Equifax changes and Trans Union
Experian Information


INDIANA USA
OPERATOR LICENSE
bmv.IN.gov
PETER L. LACY, COMMISSIONER
4d DLN 3598-87-0894
4b EXP 12/28/2026
1 LIVESAY
2 ERIN BROWNE
8 425 S CROSS ST
DANVILLE, IN 46122
9 CLASS NONE
9a END NONE
12 RES B
15 SEX F
16 HGT 5'-02"
17 WGT 135 lb
18 EYES BLU
19 HAIR BLN
4a ISS 01/29/2020
3 DOB [redacted]
5 DD 01292037600065
DONOR ♥
376
12/28/98

BK Management

928 Robinson Street • West Lafayette, IN 47906
(765) 637-0208

BK MANAGEMENT

# 1. Add/Remove

## 1.1 TERMS

08/10/2021
1633 N 15th Street
Lafayette, IN 47906

Logan Buhring

Erin B. Livesay

New lease terms are from 8/19/2021 to 6/14/2022

Tenant(s) are parties to a Lease Agreement dated 6/15/2021 for the Property identified above. Tenant(s) desire to add one or more new Tenant(s) or remove one or more existing Tenant(s). Tenant(s) is willing to allow the addition or removal of Tenant(s) on the following terms:

Addition of Tenant(s):

1. Name of new Tenant(s):Erin B. Livesay

Date the new Tenant(s) will occupy the Property:8/19/2021

1. New Tenant(s) must complete a rental application and screening process.
2. New Tenant(s) has read the Lease Agreement and all other documents executed therewith and agrees to be bound thereby.
3. New Tenant(s) agrees that he/she will be jointly and severally responsible with the other Tenant(s) for all obligations under the Lease Agreement, from and after the earlier of the date set for in Section 2 or the date he/she occupies the Property.
4. Additional security deposit is required in the amount of $

1. All Tenant(s) agree that upon termination of the Lease Agreement and vacation of the Property, Landlord will issue any security deposit refund check in the names of all the Tenants, including the new Tenant(s).
2. Nothing contained herein changes the obligations of the existing Tenant(s).

1. As partial consideration for the Addendum, all Tenant(s) release any claims, known or unknown, they have against Landlord as the date of this Addendum.

Removal of Existing

1. Name of Tenant(s) departing the Property:Logan Buhring

PO Box 9701
Allen, TX 75013

0002012 01 MB 0.482 **AUTO T6 D 7217 47904-136433 -C01-P02014-I
ERIN B LIVESAY
1633 N 15TH ST
LAFAYETTE IN 47904-1364

experian

ERIN B LIVESAY
Important Information
Report # **4198-2405-96** for **09/09/21**

We are responding to your request. We were unable to locate credit information about you because either you did not provide sufficient identification information for us to verify your identity, or you have not established a credit history.

If you submitted a money order we are returning your payment in a separate envelope. If you submitted a check, it was not cashed. Experian shreds checks that we are unable to accept to protect the security of your personal information. If you sent credit card information, we did not charge you. If you would like us to recheck our records, please send us all of the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- One copy of a government issued identification card, such as a driver's license, state ID card, etc
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents.

7217-01-00-0002012-0001-0004331

PURDUE FEDERAL
CREDIT UNION
PO Box 1950
West Lafayette, IN 47996-1950

ADDRESS SERVICE REQUESTED

800 1 0.485 2129-800-3

ERIN BROWNIE LIVESAY
1633 N 15TH ST
LAFAYETTE IN 47904-1364

September 6, 2021

**Re: Loan Application**

Dear ERIN BROWNIE LIVESAY,

On behalf of Purdue Federal Credit Union, we want to thank you for submitting your recent loan application. We regret at this time we cannot approve your application. Please see the attached form for the reason(s).

We would like to take this opportunity to let you know your financial behavior is tracked by the three national credit bureaus—Experian, TransUnion and Equifax. It is important to review your credit report to ensure accuracy and protect against fraud. You may obtain a free copy of your credit report from each of the three credit bureaus annually. Request a copy by visiting www.annualcreditreport.com.

If your application was denied due to credit history, you may make a complimentary appointment with a Purdue Federal credit counselor to review your credit report and discuss strategies for improving your credit score. Counseling services are confidential and at no cost to you.

If you have questions or would like to schedule an appointment with a credit counselor, please contact us at 800.627.3328 or 765.497.3328, or stop by your favorite branch.

Sincerely,
Member Services
Purdue Federal Credit Union

## Adverse Action Notice

Date: 9/6/2021
Member's Name: ERIN BROWNIE LIVESAY Member/Account Number:
Member's Address: 1633 N 15TH ST LAFAYETTE, IN 47904
Description of Account, Transaction, or Requested Credit: Credit Card - New Visa

### ACTION TAKEN AFFECTING CREDIT REQUEST OR EXISTING CREDIT

Date of Loan Request: 8/23/2021
Amount of Loan Requested $ 1,500.00

- [ ] We are unable to process your application because we require the following information to make a decision:
  If we do not receive this information by
  we will be unable to consider your application.
- [x] We are unable to extend credit to you at this time.
- [ ] Your credit limit has been decreased to $
- [ ] We are unable to honor your request to increase your credit limit.
- [ ] Other:
- [ ] Your credit has been terminated for the following account:
- [ ] We are unable to extend credit on the terms you requested but can offer credit on the following terms:

If this offer is acceptable to you, please notify us no later than at the address at the top of this notice.

### ACTION TAKEN AFFECTING SHARE DRAFT/CHECKING OR OTHER ACCOUNT OR SERVICE

| | | | |
|---|---|---|---|
| [ ] At this time we are unable to offer you: | [ ] ATM card | [ ] Debit card | [ ] Share draft/checking account |
| [ ] We have terminated/closed your: | [ ] ATM card | [ ] Debit card | [ ] Share draft/checking account |
| [ ] We have suspended your: | [ ] ATM card | [ ] Debit card | [ ] Share draft/checking account |
| [ ] Other: | | | |

### PART I – PRINCIPAL REASON(S) FOR CREDIT DENIAL, TERMINATION, OR OTHER ACTION TAKEN

*This section must be completed in all instances.*

- [ ] Incomplete identity information
- [ ] Unable to verify identity
- [ ] Credit application incomplete
- [ ] Insufficient number of credit references provided
- [ ] Unacceptable type of credit references provided
- [ ] Unable to verify credit references
- [ ] Temporary or irregular employment
- [ ] Unable to verify employment
- [ ] Length of employment
- [ ] Income insufficient for amount of credit requested
- [ ] Excessive obligations in relation to income
- [ ] Unable to verify income
- [ ] Length of residence
- [ ] Temporary residence
- [ ] Unable to verify residence
- [ ] No credit file
- [ ] Limited credit experience
- [ ] Poor credit performance with us
- [ ] Delinquent past or present credit obligations with others
- [x] Collection action or judgment
- [ ] Garnishment or attachment
- [ ] Foreclosure or repossession
- [ ] Bankruptcy
- [ ] Number of recent inquiries on credit bureau report
- [ ] Value or type of collateral not sufficient
- [ ] We do not offer the type of credit requested
- [ ] You are not eligible for membership in this credit union
- [ ] Other, specify:

### PART II – DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.

Section A applies only if consumer reporting agency information is used. Section B applies only if an outside source other than a consumer reporting agency is used.

**SECTION A**

- [x] Our credit decision was based in whole or in part on information obtained in a report from a consumer reporting agency listed on the next page. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

  You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

PLEASE SEE NEXT PAGE FOR EQUAL CREDIT OPPORTUNITY ACT NOTICE

**FOR CREDIT UNION USE ONLY**
Employee initials: AI Date mailed or delivered:

LOANLINER
© CUNA Mutual Group 1980, 82, 84, 86, 90, 2000, 01, 03, 06 08, 10-12 All Rights Reserved
MXX07F-E

2131-800

**PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE (continued)**

We obtained information from the following consumer reporting agency to make our decision about the action(s) on the previous page:

[ ] Experian
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
1.888.397.3742
www.experian.com/reportaccess

[X] TransUnion
2 Baldwin Place
P.O. Box 1000
Chester, PA 19016
1.800.888.4213
www.transunion.com/myoptions

[ ] Equifax
P.O. Box 740241
Atlanta, GA 30374-0241
1.800.685.1111
www.equifax.com

Name of Consumer Reporting Agency: ______
Street Address: ______ Telephone Number: ______
City, State, Zip: ______ Website Address: ______

[X] We also obtained your credit score from TRANSUNION (single consumer reporting agency) and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score is: 632 Date: 08/23/21 Scores range from a low of 341 to a high of 850

**Key factors that adversely affected your credit score**

DEROGATORY PUBLIC RECORD OR COLLECTION FILED
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH
LACK OF RECENT REVOLVING ACCOUNT INFORMATION

**SECTION B**

[ ] Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. To receive this disclosure, contact the credit union.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is checked below.

[ ] **Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20006**

[X] **National Credit Union Administration, Office of Consumer Protection, 1775 Duke Street, Alexandria, VA 22314**

[ ] **Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580**

**CONNECTICUT NOTICE**

THE CONNECTICUT HOME MORTGAGE DISCLOSURE ACT PROHIBITS DISCRIMINATION AGAINST HOME PURCHASE LOAN, HOME IMPROVEMENT LOAN OR OTHER MORTGAGE LOAN APPLICANTS SOLELY ON THE BASIS OF THE LOCATION OF THE PROPERTY TO BE USED AS SECURITY. THE AGENCY WHICH ENFORCES COMPLIANCE WITH THIS LAW IS:

DEPARTMENT OF BANKING
260 CONSTITUTION PLAZA
HARTFORD, CONNECTICUT 06103

IF YOU BELIEVE YOU HAVE BEEN UNFAIRLY DISCRIMINATED AGAINST, YOU MAY FILE A WRITTEN COMPLAINT WITH THE COMMISSIONER OF BANKING AT THE ABOVE ADDRESS.

**If you have any questions regarding any of the information on this document, please contact us at the credit union address or phone number listed.**

MXX07F-E

## Adverse Action Notice

Date: 8/23/2021
Member's Name: ERIN BROWNIE LIVESAY Member/Account Number:
Member's Address: 1633 N 15TH ST LAFAYETTE, IN 47904
Description of Account, Transaction, or Requested Credit: Credit Card - New Visa

**ACTION TAKEN AFFECTING CREDIT REQUEST OR EXISTING CREDIT**

Date of Loan Request: 8/23/2021 Amount of Loan Requested $ 1,500.00

- [ ] We are unable to process your application because we require the following information to make a decision:
  If we do not receive this information by ______ we will be unable to consider your application.
- [x] We are unable to extend credit to you at this time.
- [ ] Your credit limit has been decreased to $
- [ ] We are unable to honor your request to increase your credit limit.
- [ ] Other:
- [ ] Your credit has been terminated for the following account:
- [ ] We are unable to extend credit on the terms you requested but can offer credit on the following terms:
  If this offer is acceptable to you, please notify us no later than ______ at the address at the top of this notice.

**ACTION TAKEN AFFECTING SHARE DRAFT/CHECKING OR OTHER ACCOUNT OR SERVICE**

- [ ] At this time we are unable to offer you: [ ] ATM card [ ] Debit card [ ] Share draft/checking account
- [ ] We have terminated/closed your: [ ] ATM card [ ] Debit card [ ] Share draft/checking account
- [ ] We have suspended your: [ ] ATM card [ ] Debit card [ ] Share draft/checking account
- [ ] Other:

**PART I – PRINCIPAL REASON(S) FOR CREDIT DENIAL, TERMINATION, OR OTHER ACTION TAKEN**

*This section must be completed in all instances.*

- [ ] Incomplete identity information
- [ ] Unable to verify identity
- [ ] Credit application incomplete
- [ ] Insufficient number of credit references provided
- [ ] Unacceptable type of credit references provided
- [ ] Unable to verify credit references
- [ ] Temporary or irregular employment
- [ ] Unable to verify employment
- [ ] Length of employment
- [ ] Income insufficient for amount of credit requested
- [ ] Excessive obligations in relation to income
- [ ] Unable to verify income
- [ ] Length of residence
- [ ] Temporary residence
- [ ] Unable to verify residence
- [ ] No credit file
- [ ] Limited credit experience
- [ ] Poor credit performance with us
- [ ] Delinquent past or present credit obligations with others
- [x] Collection action or judgment
- [ ] Garnishment or attachment
- [ ] Foreclosure or repossession
- [ ] Bankruptcy
- [ ] Number of recent inquiries on credit bureau report
- [ ] Value or type of collateral not sufficient
- [ ] We do not offer the type of credit requested
- [ ] You are not eligible for membership in this credit union
- [ ] Other, specify:

**PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE**

This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.

Section A applies only if consumer reporting agency information is used. Section B applies only if an outside source other than a consumer reporting agency is used.

**SECTION A**

- [x] Our credit decision was based in whole or in part on information obtained in a report from a consumer reporting agency listed on the next page. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

  You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

PLEASE SEE NEXT PAGE FOR EQUAL CREDIT OPPORTUNITY ACT NOTICE

**FOR CREDIT UNION USE ONLY**
Employee initials: AI Date mailed or delivered:

LOANLINER.
© CUNA Mutual Group 1980, 82, 84, 86, 90, 2000, 01, 03, 06-08, 10-12 All Rights Reserved MXX07F-E

**PART II - DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE (continued)**

We obtained information from the following consumer reporting agency to make our decision about the action(s) on the previous page:

☐ Experian
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
1.888.397.3742
www.experian.com/reportaccess

☒ TransUnion
2 Baldwin Place
P.O. Box 1000
Chester, PA 19016
1.800.888.4213
www.transunion.com/myoptions

☐ Equifax
P.O. Box 740241
Atlanta, GA 30374-0241
1.800.685.1111
www.equifax.com

Name of Consumer Reporting Agency: ____________________
Street Address: ____________________ Telephone Number: ____________________
City, State, Zip: ____________________ Website Address: ____________________

☒ We also obtained your credit score from TRANSUNION (single consumer reporting agency) and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score is: 632 Date: 08/23/21 Scores range from a low of 341 to a high of 850

**Key factors that adversely affected your credit score**

DEROGATORY PUBLIC RECORD OR COLLECTION FILED
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH
LACK OF RECENT REVOLVING ACCOUNT INFORMATION

**SECTION B**

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. To receive this disclosure, contact the credit union.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is checked below.

☐ **Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20006**
☒ **National Credit Union Administration, Office of Consumer Protection, 1775 Duke Street, Alexandria, VA 22314**
☐ **Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580**

**CONNECTICUT NOTICE**

THE CONNECTICUT HOME MORTGAGE DISCLOSURE ACT PROHIBITS DISCRIMINATION AGAINST HOME PURCHASE LOAN, HOME IMPROVEMENT LOAN OR OTHER MORTGAGE LOAN APPLICANTS SOLELY ON THE BASIS OF THE LOCATION OF THE PROPERTY TO BE USED AS SECURITY. THE AGENCY WHICH ENFORCES COMPLIANCE WITH THIS LAW IS:

DEPARTMENT OF BANKING
260 CONSTITUTION PLAZA
HARTFORD, CONNECTICUT 06103

IF YOU BELIEVE YOU HAVE BEEN UNFAIRLY DISCRIMINATED AGAINST, YOU MAY FILE A WRITTEN COMPLAINT WITH THE COMMISSIONER OF BANKING AT THE ABOVE ADDRESS.

**If you have any questions regarding any of the information on this document, please contact us at the credit union address or phone number listed.**

CHASE
JPMorgan Chase Bank, N.A.
PO Box 15077
Wilmington, DE 19850-5077

05688 AAC 000 001 25121 NNNNNNNNNNNN CA13
ERIN B LIVESAY
1533 N 15TH ST.
LAFAYETTE IN 47904

September 07, 2021

Reference Number: 210907515751

**Update:** **We didn't approve your request**

Dear Erin B Livesay:

Thank you for applying for a new CHASE FREEDOM STUDENT Visa Platinum account. We're sorry, but we did not approve your request.

**Our decision was based on the following reason(s)**

Obligations too high relative to income
Insufficient credit card information
Insufficient installment loan information
One or more recent requests for new credit

**We used information from your credit report**

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. We've included the details about your right to know the information in your credit report at the end of this letter.

TRANS UNION
P O BOX 1000
CHESTER, PA 19016
(800) 888-4213
www.transunion.com

**We also used your credit score**

Your credit score is a number that reflects information in your credit report, such as whether you pay your bills on time and how much you owe creditors. When this information changes, your credit score also changes.

| | |
|---|---|
| Scoring system name: | Card Acquisition Risk Score V2 |
| Source: | JPMorgan Chase Bank, N.A. |
| Date calculated: | 08/24/2021 |
| Your credit score: | 615 |

Scores calculated using this source can range from a low of 250 to a high of 900 (higher scores are better).

**Please see the end of this letter for important information**

**Here are the key factors that adversely affected your credit score**

Insufficient credit card information
Insufficient installment loan information
Number of requests for new credit in the past 3 months
Balances on accounts compared to credit extended

If you have questions, please write to us at the return address above.

Sincerely,

Lending Services

FAIR CREDIT REPORTING ACT NOTICE
Under the Fair Credit Reporting Act, you also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.

CHASE

JPMorgan Chase Bank, N A
PO Box 15077
Wilmington, DE 19850-5077

ERIN B LIVESAY
1633 N 15TH ST
LAFAYETTE IN 47904

August 24, 2021

Reference Number: 2108245813823

## Update: We didn't approve your request

Dear Erin B Livesay:

Thank you for applying for a new CHASE FREEDOM STUDENT Visa Platinum account. We're sorry, but we did not approve your request

**Our decision was based on the following reason(s)**

- Obligations too high relative to income
- Insufficient credit card information
- Insufficient installment loan information
- One or more recent requests for new credit

**We used information from your credit report**

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. We've included the details about your right to know the information in your credit report at the end of this letter

TRANS UNION
P O BOX 1000
CHESTER, PA 19016
(800) 888-4213
www.transunion.com

**We also used your credit score**

Your credit score is a number that reflects information in your credit report, such as whether you pay your bills on time and how much you owe creditors. When this information changes, your credit score also changes.

| | |
|---|---|
| Scoring system name: | Card Acquisition Risk Score V2 |
| Source: | JPMorgan Chase Bank, N A |
| Date calculated: | 08/24/2021 |
| Your credit score: | 615 |

Scores calculated using this source can range from a low of 250 to a high of 900 (higher scores are better).

**Please see the end of this letter for important information**

DEPT 855 7451719421089
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

ERIN LIVESAY
425 S CROSS ST
DANVILLE IN 46122-1733

**National Credit Systems, Inc**
**P.O. Box 312125 Atlanta, GA 31131-2125**
**Phone: (404) 629-2728 Toll Free: (800) 459-1539**

Client Account Number: 14355684
NCS Account Number: 4243181

NATIONAL CREDIT SYSTEMS, INC.
PO BOX 312125
ATLANTA GA 31131-2125

*** Detach Upper Portion And Return With Payment ***

August 5, 2021

Client: Copper Beech Townhome Communities Eight LLC / 14355684
Client Account Number: 14355684
NCS Account Number: 4243181
Balance: $5318.00
Resolution Offer: $2,659.00 ***50% DEBT DISCOUNT OFFER***

We are authorized to extend an offer to you to resolve the above-referenced debt for 50% of the current balance. To accept this offer, remit payment to National Credit Systems, Inc. by 8/31/2021. We are not obligated to renew this offer.

If you are interested in this offer, but cannot remit payment by 8/31/2021, please contact one of our representatives to discuss whether the payment deadline can be extended to accommodate your individual circumstances.

Once your debt is resolved, National Credit Systems, Inc. will notify any consumer reporting agency to which it furnished information concerning the above-referenced account that the debt has been settled in full. We encourage you to take advantage of this offer and resolve this debt once and for all.

Sincerely,

House Collector
Collection Representative
Direct Line: 404-629-2728 800-459-1539

Use QR code to gain immediate access for payment
www.nationalcreditsystems.com

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

ATL8-0804-1598122894-04751-1743

554535304751

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE COUNTY SUPERIOR COURT 7 |
| | )SS: | |
| COUTY OF TIPPECNAOE | ) | |
| | ) | |
| ERIN B. LIVESAY | ) | CAUSE NUMBER: 79D07-2105-SC-403 |
| | ) | |
| VS. | ) | |
| | ) | |
| COPPER BEECH TOWNHOME COMMUNITIES EIGHT, LLC. | ) | |

**ORDER ON DECLARATORY JUDGMENT AND COUNTER-CLAIM**

Comes now the Plaintiff in person and by counsel and comes also the Defendant by counsel and representative. The Court having heard evidence and argument now issues the following order:

The Court GRANTS Plaintiff's request for a declaratory judgment that she does not owe the Defendant money for rent or non-performance under the residential lease contract signed by the parties. Resultantly, the Court Denies the Defendant's counter-claim for fees.

FACTUAL BACKGROUND

It is undisputed that in October of 2018 the parties signed a one-year written lease set to commence in August of 2019. Further, it is undisputed that Plaintiff has never occupied the premises and additionally that Defendant refused to allow her to occupy the premises. Finally, it is undisputed that the reason Plaintiff was unable to occupy the premises was a result of her inability to comply with the financial assurances required by the lease to Defendant's satisfaction.

Plaintiff was willing to have her mother sign as a guarantor, but that option was rejected by Defendant based on the mother's income. Plaintiff attempted to find a sublessee for the

apartment and on at least one occasion attempted to arrange a meeting between the sublessee and Defendant/landlord. That meeting did not occur. The reason for the non-occurrence appears to be based on Plaintiff's assumption that because she could not meet the financial assurance requirements of the lease, no sublessee would be accepted. This assumption was based on communication from the Defendant to the Plaintiff that she would need to meet the financial obligations of the lease herself to delegate her spot to another. Defendant did not refuse to meet with the sublessee contacted by Plaintiff. Defendant presented evidence at the hearing that they were willing to meet with and consider the applicant. Ultimately, the Defendant secured another occupant of the room to which Plaintiff was intended to be assigned. However, the Defendant's lease agreements do not specify leases for specific rooms, and the Defendant's property was not at full occupancy during any period covered by the parties' lease.

ANALYSIS

The portion of the contract most relevant to the dispute between the parties reads as follows:

"Resident agrees to provide either of the following within seven day after signing and prior to move-in: (1) a signed Guaranty by an acceptable Guarantor; or (2) prepayment of the final two installments indicated above. Failure to provide one of the above will not release Resident from financial responsibility but will entitle Owner, at its option, to deny move-in or terminate for non-performance, following written notice."

The parties entered into their agreement on October 22, 2018. Thus, by October 29, 2018, Defendant was aware that Plaintiff had not complied with this section. Further, Paragraph 27 holds that time is of the essence in this agreement.

The above provision created both a condition precedent (Resident's requirement to provide financial assurance), and a condition subsequent (the termination of the contract if said financial assurance is not provided within seven days). "A condition precedent is either a condition which must be performed before the agreement of the parties shall become a binding contract, or it may be a condition which must be fulfilled before the duty to perform an existing contract arises. A condition subsequent, on the other hand, has been defined as a condition which, if performed or violated, as the case may be, defeats the contract." *See Dvorak v. Christ*, 692 N.E.2d 920 (Ind. Ct. App. 1998.)

It is undisputed on this record that Plaintiff did not perform on the condition precedent and that buyer did not waive the same prior to the expiration of the seven days. Further, it is clear on this record that Plaintiff's non-performance was not willful. Plaintiff testified that she made attempts to locate a suitable guarantor[1] but was simply unable to find one to satisfy the Defendant, and further was unable to generate enough income to self-qualify and/or prepay installments. It appears to the Court that Plaintiff made substantial efforts to comply and acted with clean hands in her failure to satisfy the condition precedent.

---

[1] It does not appear that the contract defines what an acceptable guarantor is. Neither side raised this issue and so the Court will not address it in the request for a Declaratory judgment. However, despite parol evidence that an acceptable guarantor must have 3 or 5 times the rent in monthly income, the contract itself does not seem to offer this definition. Thus, it is not clear to the Court that Plaintiff's mother or any other individual would not have been acceptable under the terms of the parties' agreement.

This violation of the condition precedent by the Plaintiff both independently and combined with Defendant's failure to waive the condition subsequent by the relevant deadline, on these facts, absolved both parties of the duty to perform and terminated the contract between them. *See Barrington Mgmt. Co. v. Paul E. Draper Family Ltd. P'Ship*, 695 N.E.2d 135 (Ind. Ct. App. 1998); *see also Dvorak v. Christ*, 692 N.E.2d 920 (Ind. Ct. App. 1998.)

The clause is not saved in this regard by its language preventing release of the Resident's financial responsibility. At best said language renders the entire clause ambiguous. To allow for the contract to be terminated while still requiring performance of only one party is inherently inconsistent. Further, to find that Owner may terminate their contractual obligations totally while still holding resident responsible for their performance would seem to void the very consideration that establishes the contract from the resident's perspective, at least on the facts of this case. This Court will not adopt such a reading as being consistent with law. Thus, the language reserving financial responsibility to the resident can only be read consistently with the landlord's remedy of denying "move-in." The term "move-in," however is not defined in the contract. The parties did not use the term "occupy" or "possess." Further, to wholly deny occupancy or possession, at least in this case, is paramount to termination of the lease agreement. Thus, read together, "move-in" must mean something short of a full denial of occupancy. Whatever it may ultimately mean, it is clear that more than "move-in" was denied here.

Defendant did not simply deny "move-in," but denied possession in total and thereby elected the option of terminating the contract. Plaintiff signed the lease in October of 2018

with move-in to be nearly ten (10) months later, in August of 2019. Defendant was aware of Plaintiff's inability to perform under the financial assurance clause by the end of October of 2018. None of the evidence at the hearing suggested that Defendant offered Plaintiff a delayed move-in date. The entirety of the evidence is that Defendant intended to deny Plaintiff possession of the property so long as she was unable to comply with the financial assurance clause. Given that it was clear to all parties that Plaintiff was unable to comply with that clause, that no waiver or extension was agreed to before the seven day expiration, that Defendant had notice of said issue nearly ten (10) months prior to the contract's start date, and that possession was denied throughout the contract term, the Court can reach no other conclusion than the parties contract was terminated.

Both the facts and the law in this case lead inexorably to the conclusion that Plaintiff's failure to perform the condition precedent as well as Defendant's failure to timely waive enforcement of the condition subsequent resulted in the termination of this contract and precludes Defendant from collecting rents under its terms. The Plaintiff has raised other issues related to failure to mitigate and impossibility. The Court, having decided this issue on other grounds, does not reach those concerns.

So Ordered this 23rd Day of July, 2021

Daniel J. Moore, Judge

Cc: Plaintiff, Defendant, Counsel.

# 15 U.S. Code § 1681i - Procedure in case of disputed accuracy

U.S. Code Notes State Regulations

**(a) Reinvestigations of disputed information**

**(1) Reinvestigation required**

**(A) In general**

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

**(B) Extension of period to reinvestigate**

Except as provided in subparagraph (C), the 30-day period described in subparagraph (A) may be extended for not more than 15 additional days if the consumer reporting agency receives

20.00 % $50,000

Credit Score

Excellent (760+)

Loan Type

- [x] 30 yr Fixed
- [ ] 15 yr Fixed
- [ ] 7/1 ARM
- [ ] 5/1 ARM
- [ ] 3/1 ARM

Filter Results

30 yr Fixed Conforming • Fees: $1,100 • Points: 0.00

NMLS#

**New American Funding** Sponsored

new american FUNDING | 2.850%/ 2.850% | $827 | View Details

30 yr Fixed Conforming • Fees: $0 • Points: 0.00

**Chase Home Lending**

Bankrate / Zillow Bay Marketing, Inc. Disclosure See Full Rates

SMARTASSET.COM

experian.

Prepared For **ERIN B. LIVESAY** **Date generated:** Aug 28, 2021

**Personal information**

Name
ERIN B LIVESAY

Also known as
-

Generational identifier
-

Year of birth
[redacted]

Addresses
425 S CROSS ST
DANVILLE, IN 46122-1733

1633 N 15TH ST
LAFAYETTE, IN 47904-1364

2900 SNOWDROP DR
W LAFAYETTE, IN 47906-5262

Employers
-

**Personal statements**

**No Statement(s) present at this time**

experian.

Prepared For **ERIN B. LIVESAY** **Date generated:** Aug 28, 2021

**Closed accounts**

**MOHELA/DEPT OF ED** $1,764

Exceptional payment history Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | MOHELA/DEPT OF ED | Balance | $1,764 |
| Account number | 864399XXXXXXXXXXX | Balance updated | Jul 31, 2021 |
| Original creditor | - | Original amount | $1,750 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Aug 23, 2017 | Highest balance | - |
| Account status | Closed | Terms | 120 Months |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | ● | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | ● | - | - | - | - | - |

● On time - Data unavailable

### Contact info

Address 633 SPIRIT DR CHESTERFIELD, MO 63005

Phone number (888) 866-4352

### Comments

Payment deferred

experian.

Prepared For ERIN B. LIVESAY Date generated: Aug 28, 2021

**MOHELA/DEPT OF ED** $1,116

Exceptional payment history Closed

## Account info

| | | | |
|---|---|---|---|
| Account name | MOHELA/DEPT OF ED | Balance | $1,116 |
| Account number | 864399XXXXXXXXXXX | Balance updated | Jul 31, 2021 |
| Original creditor | - | Original amount | $1,000 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Aug 23, 2017 | Highest balance | - |
| Account status | Closed | Terms | 120 Months |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | ● | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | ● | - | - | - | - | - |

● On time - Data unavailable

## Contact info

Address 633 SPIRIT DR CHESTERFIELD, MO 63005

Phone number (888) 866-4352

## Comments

Payment deferred



EXP-LIVESAY 000139

experian.

Prepared For **ERIN B. LIVESAY** **Date generated:** Aug 28, 2021

**MOHELA/DEPT OF ED** **$3,500**

Exceptional payment history Closed

## Account info

| | | | |
|---|---|---|---|
| Account name | MOHELA/DEPT OF ED | Balance | $3,500 |
| Account number | 864399XXXXXXXXXXX | Balance updated | Jul 31, 2021 |
| Original creditor | - | Original amount | $3,500 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Sep 05, 2019 | Highest balance | - |
| Account status | Closed | Terms | Unknown |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | - | - | - | - | - |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | - | - | - | - | - | - | - | - | ● | ● | ● | ● |

● On time - Data unavailable

## Contact info

Address 633 SPIRIT DR CHESTERFIELD, MO 63005

Phone number (888) 866-4352

## Comments

Payment deferred

experian.

Prepared For **ERIN B. LIVESAY** **Date generated:** Aug 28, 2021

**MOHELA/DEPT OF ED** **$2,030**

Exceptional payment history Closed

## Account info

| | | | |
|---|---|---|---|
| Account name | MOHELA/DEPT OF ED | Balance | $2,030 |
| Account number | 864399XXXXXXXXXXX | Balance updated | Jul 31, 2021 |
| Original creditor | - | Original amount | $2,000 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Sep 05, 2019 | Highest balance | - |
| Account status | Closed | Terms | Unknown |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | - | - | - | - | - |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | - | - | - | - | - | - | - | - | ● | ● | ● | ● |

● On time - Data unavailable

## Contact info

Address: 633 SPIRIT DR CHESTERFIELD, MO 63005

Phone number: (888) 866-4352

## Comments

Payment deferred

experian. Prepared For ERIN B. LIVESAY Date generated: Aug 28, 2021

MOHELA/DEPT OF ED $4,500
Exceptional payment history Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | MOHELA/DEPT OF ED | Balance | $4,500 |
| Account number | 864399XXXXXXXXXXX | Balance updated | Jul 31, 2021 |
| Original creditor | - | Original amount | $4,500 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Aug 14, 2020 | Highest balance | - |
| Account status | Closed | Terms | Unknown |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | ● | ● | ● | ● | ● |

● On time - Data unavailable

### Contact info

Address 633 SPIRIT DR CHESTERFIELD, MO 63005

Phone number (888) 866-4352

### Comments

Payment deferred

experian. Prepared For ERIN B. LIVESAY Date generated: Aug 28, 2021

MOHELA/DEPT OF ED $2,000
Exceptional payment history Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | MOHELA/DEPT OF ED | Balance | $2,000 |
| Account number | 864399XXXXXXXXXXX | Balance updated | Jul 31, 2021 |
| Original creditor | - | Original amount | $2,000 |
| Company sold | - | Monthly payment | - |
| Account type | Education Loan | Past due amount | - |
| Date opened | Aug 14, 2020 | Highest balance | - |
| Account status | Closed | Terms | Unknown |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | ● | ● | ● | ● | ● |

● On time - Data unavailable

### Contact info

Address 633 SPIRIT DR CHESTERFIELD, MO 63005

Phone number (888) 866-4352

### Comments

Payment deferred

experian.

Prepared For ERIN B. LIVESAY Date generated: Aug 28, 2021

## Collection accounts

NATIONAL CREDIT SYSTEM $5,318

Original creditor: COPPER BEECH TOWNHOME COMMUNIT Balance updated Aug 18, 2021

### Account info

| | | | |
|---|---|---|---|
| Account name | NATIONAL CREDIT SYSTEM | Balance | $5,318 |
| Account number | 424318X | Balance updated | Aug 18, 2021 |
| Original creditor | COPPER BEECH TOWNHOME COMMUNIT | Original balance | $5,318 |
| Company sold | - | Paid off | 0% |
| Account type | Collection | Monthly payment | - |
| Date opened | Nov 06, 2018 | Past due amount | $5,318 |
| Account status | - | Terms | 1 Month |
| Payment status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Nov 2018 | | |

### Contact info

| | |
|---|---|
| Address | 3750 NATURALLY FRESH BLV ATLANTA, GA 30349 |
| Phone number | (404) 629-9595 |

### Comments

Dispute resolved – consumer disagrees

**LendingPoint**

LENDINGPOINT

620 Reviews

**You have good approval odds**

Based on Credit Karma members like you, we think your Approval Odds for this loan are good.

This is an advertised offer. Odds for approval are for the lender partner only; the APR, amount and other terms may change.

| LOAN AMOUNT | PAYMENT EST.* |
|---|---|
| $10,000 | $398 /month |
| **APR EST.*** | **LENGTH*** |
| 24.99% | 36 months |
| **INTEREST & FEES EST.*** | |
| $4,912 | |

We suggest offers based on your credit, Approval Odds, and money we make from our partners. **Advertiser Disclosure**

Take offer

Show rate disclosure and partner details

Google Play App Store

About Credit Karma
Careers
Engineering Blog
Help Center
In The News
Security Practices
Privacy Policy
Terms of Service

JPMCB CARD

**PURDUE FCU** **New Credit Inquiry Added**

Applying for a new line of credit will usually result in a hard inquiry on your credit report. You could also see inquiries from applications for a new apartment, phone or utilities account. Each hard inquiry will typically lower your score a bit, though the effects often wear off after a few months.

PURDUE FCU

**Hide changes**

**Aug 20** **No score change**

We found **no changes** to your Transunion credit report.

**Aug 18** **No score change**

We found **1 change** to your Transunion credit report.

**See changes**

**Aug 12** **No score change**

We found **no changes** to your Transunion credit report.

**Aug 11** **No score change**

We found **no changes** to your Transunion credit report.



EXP-LIVESAY 000146