IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02620-NYW-MEH | Date: | November 12, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| ZEPHERINE MILLER, | Daniel Vedra |
| Plaintiff, | |
| v. | |
| NATIONAL CREDIT SYSTEM, INC., | John Bowdich (by video) |
| Defendant. | |

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session: 2:09 p.m.**

Court calls case. Appearances of counsel.

Discussion held regarding the Parties' discovery disputes related to Defendant's request for Plaintiff to produce transcripts and any related documents from a separate out-of-state proceeding Plaintiff mentioned during her deposition. Plaintiff's counsel states Plaintiff was only a witness, not a Party to the case at question, and he represented his client in that matter for her deposition. Plaintiff's counsel states he does not have a transcript of the deposition and does not believe the previous matter is relevant to the issues in this case here before the Court today. The Court will not order Plaintiff to produce any documents related to Defendant's request.

Discussion held regarding the Parties' discovery disputes related to Defendant's request for Plaintiff to produce the *Consumer Reporting Agencies* documents obtained from previously served subpoenas. Plaintiff states he was unaware Defendant still had not received any of the *CRA* documents and will supplement the production.

Discussion held regarding the Parties' discovery dispute related to the production of transcripts from depositions of *CRA* representatives in this case. The Court explains that because the transcripts are the intellectual property of the court reporter, Defendant must order its own copies. Thus, the Court will not order Plaintiff to produce copies of the transcripts.

Discussion held regarding the Parties' discovery disputes related to Defendant's request for Plaintiff to produce the fee agreement between Plaintiff and her counsel. The Court hears the Parties' arguments and will not make a ruling at this time, taking the issue under advisement.

**Court in recess:** **2:30 p.m.** Hearing concluded.
Total in-court time: 00:21

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.